# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132099

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHARTER TOWNSHIP OF YPSILANTI,
      Plaintiff-Appellee,

v

DAVID KIRCHER, d/b/a EASTERN
HIGHLANDS,
      Defendant-Appellant.

SC: 132099
COA: 269879
Washtenaw CC: 04-001074-CZ

_____/

      On order of the Court, the application for leave to appeal the June 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

s1120

Clerk